Bates & Guild Co. v. Payne, 194 U.S. 106, 24 S.Ct. 595, 48 L.Ed. 894.

After a full hearing in which the Postmaster General shows due consideration of the subject and in connection with the consideration thereof, he withheld the enforcement of the putting of his order in operation until the court had passed upon his ruling showing that his attitude towards the plaintiff was not in any sense arbitrary. Having thus in good faith performed the duty of his office as he saw it, we find no logical ground to enjoin his action, or stated otherwise, no valid, legal basis can be had for the substitution of the court's views for those of the executive officer. His findings like those of the Master or the Jury must be upheld by the court. The injunction will, therefore, be denied.

GALSTON, District Judge.

The motion to set aside the verdict of the jury and for judgment in favor of the defendant must in all respects be denied. There was ample evidence from which the jury could draw the conclusion that the proximate cause of the injuries which the plaintiff sustained was owing solely to the negligence of the defendant. As to the amount of the verdict there is no reason why I should substitute my estimate for that of the jury. The injuries were of a serious nature, painful and disabling, and to a man of the plaintiff's fine appearance, doubtless humiliating. Finally, the chatter of counsel with members of the jury after rendition of the verdict I must and do entirely disregard. McDonald v. Pless, 238 U.S. 264, 35 S.Ct. 783, 59 L.Ed. 1300. Settle order.

### GALLAGHER v. LEHIGH VALLEY R. CO.
#### Civil Action No. 3436.

District Court, E. D. New York.

March 9, 1944.

William Paul Allen, of New York City, for plaintiff.

Alexander & Green, of New York City (William F. McDermott, of New York City, of counsel), for defendant.

### WHITTINGTON v. PENNSYLVANIA R. CO.
#### Civil Action No. 3505.

District Court, E. D. New York.

July 6, 1944.

Tyson & Tyson, of New York City (Frank L. Tyson, of New York City, of counsel), for plaintiff.